WERTHEIMER et al. v. UNITED STATES.

(Circuit Court, S. D. New York. January 6, 1896.)

No. 1,727.

CUSTOMS DUTIES—CLASSIFICATION—GLOVES.

Under paragraph 458 of the act of 1890, all gloves which are not men's gloves are to be classed together, as ladies' or children's gloves.

This was an appeal by Wertheimer & Co. from a decision of the board of general appraisers with respect to the classification for duty of certain imported gloves.

David L. Mackie, for plaintiffs.

James T. Van Rensselaer, Asst. U. S. Atty.

WHEELER, District Judge. The question here is whether these are "men's," or "ladies and children's," gloves, under paragraph 458 of the tariff act of 1890. There is no distinction between boys' and girls' gloves, but all not men's are classed with ladies' and children's. Much testimony has been taken in this court that was not before the appraisers. Upon all the evidence, these seem not to be men's gloves, but ladies' or children's. They should therefore be classified as such. Judgment reversed.